FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 JUL 12 AM 10: 43

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS,            )
                                 )
     Petitioner,                 )
                                 )
v.                               )     CASE NO. CV513-034
                                 )
MIKE PEARCE, Warden,             )
                                 )
     Respondent.                 )
                                 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 10), to which objections have been filed (Doc. 13). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and the case is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 12th day of July 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA