FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 JUL 12 AM 10:43
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| FRANKLIN L. WILLIAMS, | )<br>) |
| Petitioner, | )<br>) |
| v. | ) CASE NO. CV513-034<br>) |
| MIKE PEARCE, Warden, | )<br>) |
| Respondent. | )<br>) |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 10), to which objections have been filed (Doc. 13). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and the case is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 12th day of July 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA