# United States District Court
## *Southern District of Georgia*

Franklin L. Williams

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV513-34

Mike Pearce, Warden,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Courts Order dated July 12, 2013, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; dismissing this case. This action stands closed.



| July 12, 2013 | Scott L. Poff |
|---|---|
| *Date* | *Clerk* |
| | (By) Deputy Clerk |