IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS, )
)
    Petitioner, )
)
v. ) CASE NO. CV513-034
)
MIKE PEARCE, Warden, )
)
    Respondent. )
)

## O R D E R

Before the Court are Petitioner's two Motions for Reconsideration. (Doc 34; Doc. 38.) On July 12, 2013, the Court dismissed this case. After careful consideration, the Court cannot discern any reason to disturb its prior order. Accordingly, Petitioner's motions are **DENIED**. All other pending motions in this case are hereby **DISMISSED AS MOOT**. This case remains closed.

SO ORDERED this 29th day of October 2014.

                                  WILLIAM T. MOORE, JR.
                                  UNITED STATES DISTRICT COURT
                                  SOUTHERN DISTRICT OF GEORGIA